CLARK FRED JACOBUS, PLAINTIFF, v. ASKIN AND MARINE CO., DEFENDANT.

Argued February 20, 1924—Decided March 27, 1924.

**False Arrest—Damages Assessed, Alleged Excessive—Evidence Examined, Verdict Sustained.**

On rule to show cause, &c.

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the plaintiff, *Benjamin Weinberg.*

For the defendant, *Harry Silverstein.*

# 264 NEW JERSEY MISCELLANEOUS REPORTS.

PER CURIAM.

This is a rule to show cause why a verdict for $1,000, rendered in favor of the plaintiff and against the defendant in an action for false arrest, should not be set aside as excessive.

We think the evidence is such that, by applying the proper legal test, we would not be warranted in disturbing the verdict.

The rule is, therefore, discharged, with costs.